# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>              Plaintiff,<br><br>  v.<br><br>ARNULFO ONTIVEROS-LOPEZ, aka Isaias Lopez,<br><br>              Defendant. | Case No. 4:10-CR-131-BLW<br><br>**ORDER** |

The Court has before it Defendant's Motion to Withdraw as Counsel (Dkt. 134). Good cause appearing, the Court will grant the motion.

**ORDER**

**IT IS ORDERED:**

1.  Defendant's Motion to Withdraw (Dkt. 134) is **GRANTED**. The Clerk of the Court shall immediately appoint new CJA counsel for Defendant Arnulfo Ontiveros-Lopez. Mr. Carter shall continue to represent Mr. Ontiveros-Lopez until new counsel is appointed.

DATED: **December 7, 2010**



_____
B. LYNN WINMILL
Chief U.S. District Court Judge